**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-02139-REB

TAMMY L. DUNLAP,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

# ORDER

**Blackburn, J.**

    Proceeding under D.C.COLO.LCivR 72.2(d), the parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) by filing the **Consent to the Exercise of Jurisdiction by a United States Magistrate Judge** [#14],[1] December 3, 2015.  Thus, the case should be drawn to a magistrate judge.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That under D.C.COLO.LCivR 40.1(a) and (b) this action shall be co-assigned to a full-time magistrate judge;

    2.  That the case caption shall include the initials of both the district judge and the magistrate judge to whom the case is assigned; and

    3.  That once a magistrate judge has been co-assigned and the case is fully briefed and ripe for determination, this court will issue an order of reference under D.C.COLO.LCivR 72.2(e) reassigning the action to the magistrate judge currently co-assigned to the case.

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2

Dated December 3, 2015, at Denver, Colorado.

                                                  **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge